In the Matter of the Application of Maria DeBartolo, Petitioner, for an Order Reinstating Building Permit No. 524, Town of Mamaroneck, against Joseph H. Cowham, as Building Inspector of the Town of Mamaroneck, and Others,

888

Respondents.— Proceeding pursuant to article 78 of the Civil Practice Act to review the determination of the town board of the town of Mamaroneck and the zoning board of appeals of the town of Mamaroneck for the unincorporated section of said town, revoking a permit granted by the building inspector of the town of Mamaroneck. Determinations unanimously confirmed, with one bill of fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.